Dismissed and Memorandum Opinion filed January 12, 2006












Dismissed and Memorandum Opinion filed January 12,
2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01278-CR

NO. 14-05-01279-CR

____________

 

HECTOR DAVID LINARES, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 174th District Court

  Harris County, Texas

Trial Court Cause Nos. 1013913,
1013912

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to indecency with a child in
trial court cause number 1013913 (number 14-05-01278-CR on appeal), and trial
court cause number 1013912 (number 14-05-01279-CR on appeal).  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on
November 9, 2005, to confinement for three years in the Institutional Division
of the Texas Department of Criminal Justice in each cause.  Appellant filed a pro se notice of appeal in
each cause.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).  The record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex.
Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 12, 2006.

Panel consists of Justices Fowler,
Edelman, and Guzman.

Do Not Publish.